Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JASON WILLIAMS, Respondent.

Submitted April 18, 2005; decided April 28, 2005

Motion by New York State Association of Criminal Defense Lawyers for leave to appear amicus curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JASON WILLIAMS, Respondent.

Submitted April 25, 2005; decided April 28, 2005

Motion by Legal Aid Bureau of Buffalo, Inc. and New York State Defenders Association for leave to join the amicus curiae brief previously filed by New York State Association of Criminal Defense Lawyers and to participate in oral argument on the appeal herein granted in each respect.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JASON WILLIAMS, Respondent.

Submitted April 25, 2005; decided April 28, 2005

Motion by District Attorneys Association of the State of New York for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.